**Motion granted, appeal dismissed, and Memorandum Opinion filed November 7, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00578-CV

---

**NATIONAL SIGNS, LLC, Appellant**

**V.**

**TRUBLU HR SOLUTIONS, LLC, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-53226**

---

### MEMORANDUM OPINION

This appeal is from a final judgment signed July 13, 2023. On October 31, 2023, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We reinstate and dismiss the appeal.

## PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.